IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSTER-MILLER, INC., PLANNING SYSTEMS, INC., AND THE JOHNS HOPKINS UNIVERSITY (D.B.A. THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY)<br><br>Plaintiffs,<br><br>v.<br><br>SHOTSPOTTER, INC.<br><br>Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No.: _____ |

## PLAINTIFFS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Foster-Miller, Inc., Planning Systems, Inc., and The Johns Hopkins University (doing business as The Johns Hopkins University Applied Physics Laboratory) make the following disclosure:

1. The parent corporation of Plaintiff Foster-Miller, Inc. is QinetiQ[1] North America. QinetiQ North America is part of QinetiQ Group plc.

2. The parent corporation of Plaintiff Planning Systems, Inc. is Plaintiff Foster-Miller, Inc.

3. Plaintiff The Johns Hopkins University is a non-profit educational and research institution and has no parent corporation. The Johns Hopkins University Applied Physics

---

[1] Pronounced "kinetic."

Laboratory is a non-profit engineering, research, and development division of The Johns Hopkins University.

4.  No publicly held corporation owns 10% or more of the stock of Plaintiff Foster-Miller, Inc.

5.  No publicly held corporation owns 10% or more of the stock of Plaintiff Planning Systems, Inc.

Respectfully submitted,

Date: July 18, 2008

**EDWARDS ANGELL PALMER & DODGE LLP**

David G. Conlin (BBO # 094220)
Barbara L. Moore (BBO # 352780)
Brian M. Gaff (BBO # 642297)
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100
(617) 227-4420 (fax)

*Attorneys for Plaintiffs Foster-Miller, Inc., Planning Systems, Inc., and The Johns Hopkins University (D.B.A. The Johns Hopkins University Applied Physics Laboratory)*

BOS2_684166 1