AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

Foster-Miller, Inc., Planning Systems, Inc., The Johns Hopkins Univ. (D.B.A. The Johns Hopkins Univ. Applied Physics Lab.) )
)
Plaintiff )
v. ) Civil Action No.
ShotSpotter, Inc. )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

ShotSpotter, Inc.
c/o Incorporating Services, Ltd.
3500 South DuPont Highway
Dover, DE  19901

08 CA 11224 GAO

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David G. Conlin, Barbara L. Moore, Brian M. Gaff
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA  02199-7610

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SARAH A. THORNTON

Date: JUL 1 8 2008

Name of clerk of court

_Elizabeth E. Smith_
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ShotSpotter Inc. by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Incorporating Services Ltd. ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 7/13/2008

Server's signature

Chris Jones  Carrier
Printed name and title

800 N. King St Wilm, DE 19801
Server's address