IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSTER-MILLER, INC., PLANNING SYSTEMS, INC., AND THE JOHNS HOPKINS UNIVERSITY (D.B.A. THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY)<br><br>Plaintiffs,<br><br>v.<br><br>SHOTSPOTTER, INC.<br><br>Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No.: 1:08-cv-11224-GAO |

## MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY GIIN AN

Pursuant to Local Rule 83.5.3(b), I, Brian M. Gaff, counsel for Foster-Miller, Inc., Planning Systems, Inc., and The Johns Hopkins University (doing business as The Johns Hopkins University Applied Physics Laboratory), and a member of the Bar of this Court, move for the admission to the Bar of this Court, pro hac vice, of Attorney Giin An of the law firm of Edwards, Angell, Palmer & Dodge LLP, 1875 Eye Street, 11th Floor, Washington, D.C. 20006.

Attorney Giin An is an active member of the Bar of the State of New York.

Attached hereto as Exhibit 1 is the affidavit by Attorney Giin An certifying that she meets the requirements of Local Rule 83.5.3(b).

Date: August 5, 2008                    **EDWARDS ANGELL PALMER & DODGE LLP**

*/s/ Brian M. Gaff*
_____
David G. Conlin (BBO # 094220)
Barbara L. Moore (BBO # 352780)
Brian M. Gaff (BBO # 642297)
111 Huntington Avenue
Boston, MA  02199-7613
(617) 239-0100
(617) 227-4420 (fax)

*Attorneys for Plaintiffs Foster-Miller, Inc.,
Planning Systems, Inc., and The Johns Hopkins
University (D.B.A. The Johns Hopkins University
Applied Physics Laboratory)*