**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSTER-MILLER, INC., PLANNING SYSTEMS, INC., AND THE JOHNS HOPKINS UNIVERSITY (D.B.A. THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY)<br><br>Plaintiffs,<br><br>v.<br><br>SHOTSPOTTER, INC.<br><br>Defendant. | Civil Action No.: 1:08-cv-11224-GAO |

**CERTIFICATE OF GOOD STANDING
OF ATTORNEY GIIN AN
PURSUANT TO LOCAL RULE 83.5.3(b)**

Pursuant to Local Rule 83.5.3(b) I, Giin An on oath depose and say:

1. I am an attorney with the law firm of Edwards, Angell, Palmer & Dodge, LLP, 1875 Eye Street, N.W., 11th Floor, Washington, D.C. 20006.

2. I am a member of the Bar of the State of New York.

3. I am in good standing in every jurisdiction where I have been admitted to practice. No discipline ever has been imposed, and there are no disciplinary proceedings pending, against me as a member of the bar in any jurisdiction.

4. I certify that I am familiar with the Local Civil Rules of this Court.

Giin An New York Bar #4374666
**EDWARDS ANGELL PALMER & DODGE LLP**
1875 Eye Street, NW
Washington, DC 20006

DC 245854.1