IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSTER-MILLER, INC., PLANNING SYSTEMS, INC., AND THE JOHNS HOPKINS UNIVERSITY (D.B.A. THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY), <br><br> Plaintiffs, <br><br> v. <br><br> SHOTSPOTTER, INC., <br><br> Defendant. | Civil Action No. 08-cv-11224-GAO <br><br> JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE OF DOUGLAS J. KLINE, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Douglas J. Kline, Esq. as counsel for the defendant ShotSpotter, Inc. in the above-captioned action.

                                                                      Respectfully submitted,

                                                                       **SHOTSPOTTER, INC.**

                                                                       By its attorneys:

                                                                       /s/ Douglas J. Kline
                                                                       Douglas J. Kline (BBO# 556680)
                                                                       dkline@goodwinprocter.com
                                                                       **GOODWIN PROCTER LLP**
                                                                       Exchange Place
                                                                       Boston, MA  02109
                                                                       (617) 570-1000

Dated: August 6, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 6, 2008.

                                                        /s/ Douglas J. Kline