## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FOSTER-MILLER, INC., PLANNING SYSTEMS, INC., AND THE JOHNS HOPKINS UNIVERSITY (D.B.A. THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY)**,<br><br>Plaintiffs,<br><br>**v.**<br><br>**SHOTSPOTTER, INC.**,<br><br>Defendant. | Civil Action No. 08-cv-11224-GAO<br><br>**JURY TRIAL DEMANDED** |

## ASSENTED MOTION TO EXTEND TIME
## TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant ShotSpotter, Inc. hereby moves the Court to extend the time by which it may respond to the Complaint to, and including, September 6, 2008. Counsel for the plaintiffs Foster-Miller, Inc., Planning Systems, Inc., and the Johns Hopkins University, has assented to this motion.

Respectfully submitted,

**SHOTSPOTTER, INC.**

By its attorneys:

/s/ Douglas J. Kline
Douglas J. Kline (BBO# 556680)
dkline@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA  02109
(617) 570-1000

Dated: August 6, 2008

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 6, 2008.

/s/ Douglas J. Kline

2