# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSTER-MILLER, INC., PLANNING SYSTEMS, INC., AND THE JOHNS HOPKINS UNIVERSITY (D.B.A. THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY)<br><br>*Plaintiffs,*<br><br>v.<br><br>SHOTSPOTTER, INC.<br><br>*Defendant.* | JURY TRIAL DEMANDED<br><br>Civil Action No.:  1:08-cv-11224-GAO |

## DEFENDANT SHOTSPOTTER, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ShotSpotter, Inc. makes the following disclosure:

Defendant ShotSpotter, Inc. has no parent corporations and there is no publicly held company that owns 10% or more of ShotSpotter, Inc.

LIBA/1932521.1

Date:  September 19, 2008               Respectfully submitted,

                                        GOODWIN PROCTER LLP


                                    By: /s/ Douglas J. Kline_____
                                        Douglas J. Kline (BBO# 556680)
                                        Michael G. Strapp (BBO #653884)
                                        GOODWIN PROCTER LLP
                                        53 State Street
                                        Boston, MA  02109
                                        Tel.:  (617) 570-1000
                                        Fax:  (617) 523-1231

                                        Gregory S. Bishop (*pro hac vice pending* )
                                        Thomas F. Fitzpatrick (*pro hac vice pending* )
                                        GOODWIN PROCTER LLP
                                        135 Commonwealth Drive
                                        Menlo Park, CA 94025
                                        Tel.:  (650) 752-3100
                                        Fax:  (650) 853-1038

                                        *Attorneys for ShotSpotter, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Defendant ShotSpotter Inc.'s Corporate Disclosure Statement, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on September 19, 2008.

      By:    /s/ Douglas J. Kline_____
                Douglas J. Kline (BBO# 556680)