IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FOSTER-MILLER, INC., PLANNING SYSTEMS, INC., AND THE JOHNS HOPKINS UNIVERSITY (D.B.A. THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY)**, <br><br> Plaintiffs, <br><br> **v.** <br><br> **SHOTSPOTTER, INC.**, <br><br> Defendant. | Civil Action No. 08-cv-11224-GAO <br><br> **JURY TRIAL DEMANDED** |

## MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS F. FITZPATRICK

Pursuant to Local Rule 83.5.3(b), I, Douglas J. Kline, counsel for the defendant ShotSpotter, Inc., and a member of the Bar of this Court, move for the admission to the Bar of this Court, *pro hac vice*, of Attorney Thomas F. Fitzpatrick of the law firm of Goodwin|Procter, 135 Commonwealth Drive, Menlo Park, California in the above-captioned action.

Thomas F. Fitzpatrick is an active member of the Bar of the State of California.

Attached hereto as Exhibit 1 is the affidavit by Thomas F. Fitzpatrick certifying that he meets the requirements of Local Rule 83.5.3(b).

LIBA/1922031.1

2

Respectfully submitted,

**SHOTSPOTTER, INC.**

By its attorneys:

/s/ Douglas J. Kline
Douglas J. Kline (BBO# 556680)
dkline@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA  02109
(617) 570-1000

Dated: September 19, 2008