# EXHIBIT 1

LIBA/1922031.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSTER-MILLER, INC., PLANNING SYSTEMS, INC., AND THE JOHNS HOPKINS UNIVERSITY (D.B.A. THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY), <br><br> Plaintiffs, <br><br> **v.** <br><br> **SHOTSPOTTER, INC.**, <br><br> Defendant. | Civil Action No. 08-cv-11224-GAO <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF GOOD STANDING
## OF ATTORNEY OF THOMAS F. FITZPATRICK
## <u>PURSUANT TO LOCAL RULE 83.5.3(b)</u>

Pursuant to Local Rule 83.5.3(b), I, Thomas F. Fitzpatrick on oath depose and say:

1.  I am an attorney with the law firm of Goodwin Procter LLP, 135 Commonwealth Drive, Menlo Park, California 94025.

2.  I am a member of the Bar of the State of California.

3.  I am in good standing in every jurisdiction where I have been admitted to practice. No discipline ever has been imposed, and there are no disciplinary proceedings pending, against me as a member of the bar in any jurisdiction.

4.  I certify that I am familiar with the Local Civil Rules of this Court.

_/s/ T. F. Fitzpatrick_
Thomas F. Fitzpatrick (California Bar No. 193565)
tfitzpatrick@goodwinprocter.com
**GOODWIN PROCTER** LLP
135 Commonwealth Drive,
Menlo Park, CA 94025
(650) 752-3100

Dated: September 8, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 19, 2008.

/s/ Douglas J. Kline