**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

---

**FOSTER-MILLER, INC., PLANNING
SYSTEMS, INC., AND THE JOHNS
HOPKINS UNIVERSITY (D.B.A. THE
JOHNS HOPKINS UNIVERSITY APPLIED
PHYSICS LABORATORY)**,

       Plaintiffs,

**v.**

**SHOTSPOTTER, INC.**,

       Defendant.

Civil Action No. 08-cv-11224-GAO

**JURY TRIAL DEMANDED**

---

### MOTION FOR ADMISSION *PRO HAC VICE* OF GREGORY S. BISHOP

Pursuant to Local Rule 83.5.3(b), I, Douglas J. Kline, counsel for the defendant ShotSpotter, Inc., and a member of the Bar of this Court, move for the admission to the Bar of this Court, *pro hac vice*, of Attorney Gregory S. Bishop of the law firm of Goodwin Procter, 135 Commonwealth Drive, Menlo Park, California in the above-captioned action.

Gregory S. Bishop is an active member of the Bar of the State of California.

Attached hereto as Exhibit 1 is the affidavit by Gregory S. Bishop certifying that he meets the requirements of Local Rule 83.5.3(b).

Respectfully submitted,

**SHOTSPOTTER, INC.**

By its attorneys:

/s/ Douglas J. Kline
Douglas J. Kline (BBO# 556680)
dkline@goodwinprocter.com
**GOODWIN PROCTER** LLP
Exchange Place
Boston, MA  02109
(617) 570-1000

Dated: September 19, 2008


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 19, 2008.


/s/ Douglas J. Kline