# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FOSTER-MILLER, INC., PLANNING SYSTEMS, INC., AND THE JOHNS HOPKINS UNIVERSITY (D.B.A. THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY)**,<br><br>Plaintiffs,<br><br>**v.**<br><br>**SHOTSPOTTER, INC.**,<br><br>Defendant. | Civil Action No. 08-cv-11224-GAO<br><br>**JURY TRIAL DEMANDED** |

CERTIFICATE OF GOOD STANDING
OF ATTORNEY OF GREGORY S. BISHOP
**PURSUANT TO LOCAL RULE 83.5.3(b)**

Pursuant to Local Rule 83.5.3(b), I, Gregory S. Bishop on oath depose and say:

1. I am an attorney with the law firm of Goodwin Procter LLP, 135 Commonwealth Drive, Menlo Park, California 94025.

2. I am a member of the Bar of the State of California.

3. I am in good standing in every jurisdiction where I have been admitted to practice. No discipline ever has been imposed, and there are no disciplinary proceedings pending, against me as a member of the bar in any jurisdiction.

4. I certify that I am familiar with the Local Civil Rules of this Court.

LIBA/1924193.1

2

/s/ Gregory S. Bishop

Gregory S. Bishop (California Bar No.184680)
gbishop@goodwinprocter.com
**GOODWIN PROCTER** LLP
135 Commonwealth Drive,
Menlo Park, CA 94025
(650) 752-3100

Dated: September 19, 2008

LIBA/1924193.1                    2