IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSTER-MILLER, INC., PLANNING SYSTEMS, INC., AND THE JOHNS HOPKINS UNIVERSITY (D.B.A. THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY)<br><br>    Plaintiffs,<br><br>  v.<br><br>SHOTSPOTTER, INC.<br><br>    Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No.: 1:08-cv-11224-GAO |

### SHOTSPOTTER, INC.'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant ShotSpotter, Inc. ("ShotSpotter") and its counsel certify that they have conferred (a) with a view to establishing a budget for costs of conducting the full course and various alternative courses of the above-captioned litigation; and (b) to consider the resolution of the above-captioned litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

LIBA/1941573.1

2

          Respectfully submitted,

/s/ James Beldock_____      By:    /s/ Douglas J. Kline_____
James Beldock                                     Douglas J. Kline (BBO# 556680)
President & CEO                             Michael G. Strapp (BBO #653884)
SHOTSPOTTER, INC.                      GOODWIN PROCTER LLP
                                                              53 State Street
                                                              Boston, MA  02109
                                                              Tel.:  (617) 570-1000
                                                              Fax:  (617) 523-1231

                                                              Gregory S. Bishop (*pro hac vice*)
                                                              Thomas F. Fitzpatrick (*pro hac vice*)
                                                              GOODWIN PROCTER LLP
                                                              135 Commonwealth Drive
                                                              Menlo Park, CA 94025
                                                              Tel.:  (650) 752-3100
                                                              Fax:  (650) 853-1038

                                                              *Attorneys for ShotSpotter, Inc.*

Date: October 27, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing SHOTSPOTTER, INC.'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3), filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on October 27, 2008.

                                By:    /s/ Douglas J. Kline_____
                                            Douglas J. Kline (BBO# 556680)

LIBA/1941573.1