## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSTER-MILLER, INC., PLANNING SYSTEMS, INC., AND THE JOHNS HOPKINS UNIVERSITY (D.B.A. THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY)<br><br>Plaintiffs,<br><br>v.<br><br>SHOTSPOTTER, INC.<br><br>Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No.: 1:08-cv-11224-GAO |

## PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel for Plaintiffs Foster-Miller, Inc., Planning Systems, Inc., and The Johns Hopkins University (doing business as The Johns Hopkins University Applied Physics Laboratory), and the authorized representatives of each Plaintiff, hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Date: October 27, 2008

Respectfully submitted,

*/s/ Barbara L. Moore*

David G. Conlin (BBO # 094220)
Barbara L. Moore (BBO # 352780)
Brian M. Gaff (BBO # 642297)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100
(617) 227-4420 (fax)

Giin An Levy (*pro hac vice*)
EDWARDS ANGELL PALMER & DODGE LLP
1875 Eye Street, NW
Washington, DC 20006-5421
(202) 478-7370
(202) 478-7380 (fax)

*/s/ Stephen Azarian*

Mr. Stephen Azarian
Vice President and General Counsel
Foster-Miller, Inc.


Dr. Alan Friedman
President and CEO
Planning Systems, Inc.


Mr. Frank Cooch
Deputy General Counsel (Patents)
The Johns Hopkins University
Applied Physics Laboratory

BOS2_700656.1

---

**PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Date: October **27**, 2008                              Respectfully submitted,

David G. Conlin (BBO # 094220)                Mr. Stephen Azarian
Barbara L. Moore (BBO # 352780)               Vice President and General Counsel
Brian M. Gaff (BBO # 642297)                  Foster-Miller, Inc.
EDWARDS ANGELL PALMER & DODGE
   LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100                                Dr. Alan Friedman
(617) 227-4420 (fax)                          President and CEO
                                              Planning Systems, Inc.
Giin An Levy (*pro hac vice*)
EDWARDS ANGELL PALMER & DODGE
   LLP
1875 Eye Street, NW
Washington, DC 20006-5421                     Mr. Frank Cooch
(202) 478-7370                                Deputy General Counsel (Patents)
(202) 478-7380 (fax)                          The Johns Hopkins University
                                              Applied Physics Laboratory

BOS2_700656.1

Date: October 27, 2008                     Respectfully submitted,


David G. Conlin (BBO # 094220)             Mr. Stephen Azarian
Barbara L. Moore (BBO # 352780)            Vice President and General Counsel
Brian M. Gaff (BBO # 642297)               Foster-Miller, Inc.
EDWARDS ANGELL PALMER & DODGE
    LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100                             Dr. Alan Friedman
(617) 227-4420 (fax)                       President and CEO
                                           Planning Systems, Inc.

Giin An Levy (*pro hac vice*)
EDWARDS ANGELL PALMER & DODGE
    LLP
1875 Eye Street, NW                        _Francis A. Cooch_
Washington, DC 20006-5421
(202) 478-7370                             Mr. Francis A. Cooch
(202) 478-7380 (fax)                       Deputy General Counsel (Patents)
                                           The Johns Hopkins University
                                           Applied Physics Laboratory


BOS2_700656.1