## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSTER-MILLER, INC., PLANNING SYSTEMS, INC., AND THE JOHNS HOPKINS UNIVERSITY (D.B.A. THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY)<br><br>Plaintiffs,<br><br>v.<br><br>SHOTSPOTTER, INC.<br><br>Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No.: 1:08-cv-11224-GAO |

### JOINT MOTION TO ADJOURN STATUS CONFERENCE

Plaintiffs Foster-Miller, Inc., Planning Systems, Inc., and The Johns Hopkins University (doing business as The Johns Hopkins University Applied Physics Laboratory) and Defendant ShotSpotter, Inc. jointly and respectfully request that the Status Conference set for Monday, January 26, 2009 at 2:00 p.m. be adjourned for sixty (60) days to allow the parties to complete the execution of their settlement agreement.

Since the initial meeting between the principals on September 15, 2008, the parties have been working diligently to negotiate and document the terms of their settlement.  The parties have agreed on the terms of the settlement but, in view of its complexity, the parties only recently determined that they must prepare and review more documentation than they originally estimated.  The parties, therefore, request that the Court adjourn the forthcoming Status Conference for sixty (60) days.  The parties currently believe that doing so will conserve the

Court's and the parties' resources and that this additional time should be sufficient to conclude the settlement.

Date: January 16, 2009                                     Respectfully submitted,

For Plaintiffs                                                         For Defendant


/s/Brian M. Gaff (BBO # 642297)                /s/Douglas J. Kline (BBO # 556680)
David G. Conlin (BBO # 094220)                 Douglas J. Kline (BBO # 556680)
Barbara L. Moore (BBO # 352780)                GOODWIN PROCTER LLP
Brian M. Gaff (BBO # 642297)                   53 State Street
EDWARDS ANGELL PALMER & DODGE                  Boston, MA 02109
    LLP                                        Tel. (617) 570-1000
111 Huntington Avenue                          Fax (617) 523-1231
Boston, MA  02199-7613
(617) 239-0100                                 Gregory S. Bishop (*pro hac vice*)
(617) 227-4420 (fax)                           Thomas F. Fitzpatrick (*pro hac vice*)
                                               GOODWIN PROCTER LLP
Giin An Levy (*pro hac vice*)                  135 Commonwealth Drive
EDWARDS ANGELL PALMER & DODGE                  Menlo Park, CA 54025
    LLP                                        Tel. (650) 752-3100
1875 Eye Street, NW                            Fax (650) 853-1038
Washington, DC 20006-5421
(202) 478-7370                                 *Attorneys for ShotSpotter, Inc.*
(202) 478-7380 (fax)

*Attorneys for Foster-Miller, Inc., Planning Systems, Inc., and The Johns Hopkins University (D.B.A. The Johns Hopkins University Applied Physics Laboratory)*

**JOINT MOTION TO ADJOURN STATUS CONFERENCE**

## CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(B)

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 16, 2009.

                                     /*s*/Brian M. Gaff
                                     Brian M. Gaff

BOS2_716236.1