# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FOSTER-MILLER, INC  
      Plaintiff

CIVIL ACTION

V.

NO. 08-11224-GAO

SHOTSPOTTER, INC  
      Defendant

## SETTLEMENT ORDER OF DISMISSAL

O'TOOLE      D. J.

The Court having been advised on JANUARY 22, 2009 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within ninety (90) days if settlement is not consummated.

By the Court,

1/23/09                      /s/ Paul S. Lyness  
   Date                         Deputy Clerk

(Dismissal Settlement.wpd - 12/98)