AO 120 (Rev 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Massachusetts___ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>08-cv-11224-GAO | DATE FILED | U.S. DISTRICT COURT<br>Massachusetts |
|---|---|---|
| PLAINTIFF<br>Foster-Miller, Inc., Planning Systems, Inc., The Johns Hopkins Univ. (D.B.A. The Johns Hopkins Univ. Applied Physics Lab.) | | DEFENDANT<br>ShotSpotter, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,965,541 | 11/15/2005 | The Johns Hopkins University |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 1/23/2009 90 Day Settlement Order of Dismissal entered. Case closed. |

| CLERK<br>Sarah A. Thornton | (BY) DEPUTY CLERK<br>/s/ Gina Edge-O'Leary | DATE<br>1/23/2009 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy